# No. 25-1361

IN THE

# United States Court of Appeals
FOR THE
# Seventh Circuit

**Tanya Svoboda and
Antonella M. Ortiz Colosi,**

*Plaintiffs-Appellees,*

v.

**Amazon.com, Inc. and
Amazon.com Services LLC,**

*Defendants-Appellants.*

On Appeal from the United States District Court for the
Northern District of Illinois, No. 1:21-cv-05336,
District Judge Jorge L. Alonso

## DOCKETING STATEMENT

MORGAN, LEWIS & BOCKIUS LLP

| | |
|---|---|
| Stephanie Schuster | Beth Herrington |
| 1111 Pennsylvania Avenue, NW | *Counsel of Record* |
| Washington, DC 20004 | Alborz Hassani |
| 202.739.3000 | 110 N. Wacker Drive, Suite 2800 |
| | Chicago, IL 60606 |
| Matthew D. Klayman | 312.324.1000 |
| 2222 Market Street | |
| Philadelphia, PA 19103 | |
| 215.963.5000 | |

*Counsel for Appellants*

Pursuant to Circuit Rules 3(c)(1) and 28(a), Appellants Amazon.com, Inc. and Amazon.com Services LLC (collectively, "Amazon") submit the following Docketing Statement:

## I. THE DISTRICT COURT'S JURISDICTION

Plaintiffs sued Amazon on behalf of a now-certified class for alleged violations of the Illinois Biometric Information Privacy Act. Plaintiffs commenced this action in state court, in Cook County, Illinois, and served Amazon on September 9, 2021. D. Ct. ECF No. 1 ¶ 6. Amazon timely removed the action to the U.S. District Court for the Northern District of Illinois on October 7, 2021. *Id.*; *see* 28 U.S.C. § 1446(b)(1).

There is minimal diversity of citizenship because (1) Defendants Amazon.com, Inc. and Amazon.com are citizens of Delaware and Washington because each Defendant is a Delaware entity with a principal place of business in Washington, D. Ct. ECF No. 1 ¶ 14; and (2) Plaintiff Tanya N. Svoboda is a citizen of Illinois, *id.* ¶ 13. Plaintiffs alleged at the outset of this case that the putative class includes more than 100 members. D. Ct. ECF No. 1-1 ¶ 4 (alleging "thousands if not millions" of members). Discovery has shown that the certified class includes hundreds of thousands of members. Plaintiffs seek damages of at least $1,000 per class member, so the amount in controversy exceeds $5 million exclusive of interests and costs. The district court therefore has original jurisdiction over this civil action under 28 U.S.C. § 1332(d)(2).

## II. APPELLATE JURISDICTION

The district court granted Plaintiffs' motion for class certification on March 30, 2024. D. Ct. ECF No. 291. Amazon timely moved for reconsideration of that order, on April 11, 2024. D. Ct. ECF No. 295. The district court denied the motion for reconsideration on January 6, 2025. D. Ct. ECF No. 365. On January 16, 2025, Amazon timely petitioned for permission to file an interlocutory appeal of the district court's order certifying the class, ECF No. 1, and the Court granted that petition on March 3, 2025, ECF No. 7. Accordingly, this Court has appellate jurisdiction under 28 U.S.C. § 1292(e) and Federal Rule of Civil Procedure 23(f).

| | |
|---|---|
| Date: March 10, 2025 | Respectfully submitted, |
| | MORGAN, LEWIS, BOCKIUS LLP |
| | *s/ Elizabeth B. Herrington* |
| | Elizabeth B. Herrington, *Counsel of Record* |
| | Alborz Hassani |
| | 110 N. Wacker Drive, Suite 2800 |
| | Chicago, IL 60606 |
| | (312) 324-1000 |
| | beth.herrington@morganlewis.com |
| | al.hassani@morganlewis.com |
| | |
| | Stephanie Schuster |
| | 1111 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | (202) 739-3000 |
| | stephanie.schuster@morganlewis.com |
| | |
| | Matthew D. Klayman |
| | 2222 Market Street |
| | Philadelphia, PA 19103 |
| | (215) 963-5000 |
| | matthew.klayman@morganlewis.com |
| | |
| | *Counsel for Appellants* |