# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

December 17, 2025

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

| | |
|---|---|
| No. 25-1361 | TANYA N. SVOBODA and ANTONELLA M. ORTIZ COLOSI, Plaintiffs - Appellees<br><br>v.<br><br>AMAZON.COM INC. and AMAZON.COM SERVICES, LLC, Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05336<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**    (form ID: **132**)