# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

February 17, 2026

Before
MICHAEL Y. SCUDDER, *Circuit Judge*

| No. 25-1361 | TANYA N. SVOBODA and ANTONELLA M. ORTIZ COLOSI, Plaintiffs - Appellees v. AMAZON.COM INC. and AMAZON.COM SERVICES, LLC, Defendants - Appellants |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:21-cv-05336 Northern District of Illinois, Eastern Division District Judge Jorge L. Alonso ||

Upon consideration of the **MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR REHEARING EN BANC**, filed on February 12, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **DENIED**.


form name: **c7_Order_3J**    (form ID: **177**)