# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

March 16, 2026

Before
ILANA DIAMOND ROVNER, *Circuit Judge*
DAVID F. HAMILTON, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*

|  |  |
|---|---|
| No. 25-1361 | TANYA N. SVOBODA and ANTONELLA M. ORTIZ COLOSI, Plaintiffs - Appellees<br><br>v.<br><br>AMAZON.COM INC. and AMAZON.COM SERVICES, LLC, Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 1:21-cv-05336<br>Northern District of Illinois, Eastern Division<br>District Judge Jorge L. Alonso | |

Upon consideration of the **MOTION FOR STAY OF THE MANDATE**, filed on March 12, 2026, by counsel for the appellants,

**IT IS ORDERED** that the motion is **DENIED**.